# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

HOLLI R DAVENPORT,

                      Plaintiff(s),

vs.                                    Case Number: 15-CV-512-JED-PJC

OKLAHOMA STATE UNIVERSITY
MEDICAL TRUST,

                      Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing from the files and records of this Court as of March 2, 2016, and the affidavit of DAVID BLADES, that the defendant(s), OKLAHOMA STATE UNIVERSITY MEDICAL TRUST against whom judgment for affirmative relief is sought in this action, has/have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure;

Now, therefore, I, Phil Lombardi, Clerk of said Court, pursuant to the requirements of Rule 55(a) of said rules, do hereby enter the default of said defendant(s).

                                                Phil Lombardi,
                                               Clerk of Court, United States District Court

                                                    s/S. Cotner

                                               By: S. Cotner, Deputy Clerk