UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) HOLLI R. DAVENPORT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-CV-512-JED-FHM |
| ) | |
| (1) OKLAHOMA STATE UNIVERSITY ) | |
| MEDICAL CENTER TRUST, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(ii), Plaintiff, Holli R. Davenport, by and through her counsel of record, Armstrong & Vaught, PLC, and Defendant, Oklahoma State University Medical Center Trust, by and through its counsel of record, Newton, O'Connor, Turner & Ketchum, P.C., hereby stipulate to a dismissal of all of Plaintiff's claims and causes of action in the above styled and numbered case with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 20th day of February, 2017.

                                      Armstrong & Vaught PLC

                                      By: */s/ David Blades*\*
                                             David Blades, OBA #15187
                                             2727 East 21st Street, Suite 505
                                             Tulsa, OK 74114
                                             (918) 582-2500
                                             DRBlades79@cox.net

                                      **ATTORNEYS FOR PLAINTIFF**
                                      **HOLLI R. DAVENPORT**

\*Signed by Filing Attorney with permission of Plaintiff's Attorney.

**NEWTON, O'CONNOR, TURNER & KETCHUM,
A PROFESSIONAL CORPORATION**

By:/s/ *W. Kirk Turner*
    W. Kirk Turner, OBA #13791
    Samanthia Sierakowski Marshall, OBA # 22640
    15 West Sixth Street, Suite 2700
    Tulsa, Oklahoma 74119
    Phone (918) 587-0101
    Fax (918) 587-0102
    Email: *kturner@newtonoconnor.com*

**ATTORNEYS FOR DEFENDANT
OKLAHOMA STATE UNIVERSITY MEDICAL CENTER
TRUST**